# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Nathan Leftenant, Arnett Leftenant, Jeryl
Bright & Gregory Johnson

          Plaintiff(s),

    vs.

Lawrence ("Larry") Blackmon

          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case #18-cv-01948

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lita T. Rosario_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.     That Petitioner is an attorney at law and a member of the law firm of

_____Lita Rosario, PLLC_____
(firm name)

with offices at _____1100 H Street, NW Suite 315_____,
(street address)

___Washington___, ___District of Columbia___, ___20005___,
(city)            (state)            (zip code)

___202 628-1092___, ___lita.rosario@wyzgirl.com___.
(area code + telephone number)        (Email address)

2.     That Petitioner has been retained personally or as a member of the law firm by

___N. & A. Leftenant, J. Bright & G. Johnson___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___March 18, 1991___, Petitioner has been and presently is a
 (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
 (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| The Supreme Court of New York | 12/5/1988 | 2236990 |
| The Supreme Judicial Court of Massachusetts | 12/16/1986 | 549371 |
| The District of Columbia Bar | 1/19/1991 | 427817 |
| The U.S. Supreme Court | June 2013 | NA |
| U.S. District Court of SDNY | August 2007 | LR4609 |
| U.S. District Court of D.C. | April 2008 | 427817 |

5. That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None

2

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia, New York, and Massachusetts

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court<br>Administrative Body<br>or Arbitrator | Was Application<br>Granted or<br>Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF District of Columbia )
                              )
COUNTY OF _____ )

_____Lita T. Rosario_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3__ day of __June__, __2019__.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____David Lee Phillips____,
                                                                                      (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____700 South Fourth Street_____,
                                (street address)

_____Las Vegas_____, _____Nevada_____, __89101__,
      (city)                  (state)         (zip code)

____(702) 386-6000____, ____davidleephillips@aol.com____.
(area code + telephone number)        (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ David Lee Phillips _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____ (SEE ATTACHMENT) _____
(party's signature)

Nathan & Arnett Leftenant
(type or print party name, title)

_____
(party's signature)

jeryl Bright & Gregory Johnson
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

State Bar No. 000538          davidleephillips@aol.com
Bar number                   Email address

APPROVED:

Dated: this 14th day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ David Lee Phillips _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

_____

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as designate resident Nevada counsel in this case.

_____

_____

APPROVED:

Dated: this _____ day of _____ 20___

UNITED STATES DISTRICT JUDGE

5

Rev. 9/16

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **sixteenth** day of **December** A.D. **1986** , said Court being the highest Court of Record in said Commonwealth:

### Lita T. Rosario

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **sixth** day of **June** in the year of our Lord **two thousand and nineteen.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## LITA TERESA ROSARIO

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **December 5, 1988**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**June 5, 2019**

6542

Clerk of the Court



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Lita T. Rosario*

was duly qualified and admitted on **March 18, 1991** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of Washington,
D.C., on June 7, 2019.

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

District of Columbia Bar Membership