UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT and GREGORY JOHNSON,

Plaintiff,

v.

LAWRENCE ("LARRY") BLACKMON,

Defendants.

Case No. 2:18-CV-01948-RCJ-EJY

**ORDER**

Before the Court is the parties' joint Consent Motion Amend Scheduling Order (the "Consent Motion"). ECF No. 36. A search of the court's docket shows that no party appearing in this matter has filed a motion seeking a stay discovery; although, the Consent Motion functionally seeks such a stay until underlying motions are decided by the Court. A stay of discovery is an extraordinary remedy, is not warranted here. *Tradebay, LLC v. Ebay, Inc.*, 278 F.R.D. 597 (D. Nev. 2011).

Accordingly,

IT IS HEREBY ORDERED that the parties' Consent Motion to Amend Scheduling Order (ECF No. 36) is DENIED.

IT IS FURTHER ORDERED that the parties may file a proposed extension of discovery deadlines and other dates as established in ECF No. 31 within fifteen days of this Order. The proposed request shall comply with Local Rule 26-4.

IT IS FURTHER ORDERED that ECF No. 35 is DENIED as moot.

DATED: August 21, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1