UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

NATHAN LEFTENANT,
ARNETT LEFTENANT,
JERYL BRIGHT
GREGORY JOHNSON
& THOMAS "TOMI" JENKINS,
    *Plaintiffs,*

v.

LAWRENCE ("LARRY") BLACKMON,
    *Defendant.*

LAWRENCE ("LARRY") BLACKMON,
    *Counterclaim Plaintiff*

v.

NATHAN LEFTENANT,
ARNETT LEFTENANT,
JERYL BRIGHT
GREGORY JOHNSON
& THOMAS "TOMI" JENKINS,
    *Counterclaim Defendants*

Case No. 2:18-cv-01948-EJY

ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

## ~~PROPOSED ORDER~~

Upon consideration of Plaintiffs' Motion to Extend it is this 30th day of March, 2020,

**ORDERED** that the Motion to extend the time to respond to Motions for Summary Judgment (ECF No. 98) is hereby **GRANTED**, and it is further

**FURTHER ORDERED** That Parties shall file such responses on or before April 14, 2020, and Replies to Summary Judgment Motions by April 28, 2020.

**SO ORDERED.**

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE