UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **NATHAN LEFTENANT,** <br> **ARNETT LEFTENANT,** <br> **JERYL BRIGHT** <br> **GREGORY JOHNSON** <br> **& THOMAS "TOMI" JENKINS,** <br> *Plaintiffs,* <br><br> v. <br><br> **LAWRENCE ("LARRY") BLACKMON,** <br> *Defendant.* <br><br> **LAWRENCE ("LARRY") BLACKMON,** <br> *Counterclaim Plaintiff* <br> v. <br> **NATHAN LEFTENANT,** <br> **ARNETT LEFTENANT,** <br> **JERYL BRIGHT** <br> **GREGORY JOHNSON** <br> **& THOMAS "TOMI" JENKINS,** <br> *Counterclaim Defendants* | Case No. 2:18-cv-01948-EJY <br><br> ORDER ON <br><br> MOTION <br> FOR EXTENSION OF TIME |

## ~~PROPOSED~~ ORDER

Upon consideration of Plaintiffs' Motion to Extend it is this 30th day of March, 2020,

**ORDERED** that the Motion to extend the time to Reply to Defendant's Opposition to Plaintiff's Motion for Reconsideration (ECF No. 99) is hereby **GRANTED**, and it is further

**FURTHER ORDERED** That Plaintiffs shall file such Reply on or before April 7, 2020.

SO ORDERED.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE