UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE ("LARRY") BLACKMON,<br><br>Defendant. | Case No. 2:18-cv-01948-EJY<br><br>**ORDER** |
| LAWRENCE ("LARRY") BLACKMON,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Counterclaim Defendants. | |

Presently before the Court is Plaintiffs Jeryl Bright, Thomas "Tomi" Jenkins, Gregory Johnson, Arnett Leftenant, and Nathan Leftenant's Motions to Strike (ECF Nos. 200 and 201) filed on July 21, 2020.

Plaintiffs filed the present Motions after this Court granted leave to amend their first amended complaint on July 14, 2020. ECF No. 185. In their first Motion to Strike (ECF No. 200), Plaintiffs seek to strike their first Second Amended Complaint (ECF No. 198) because it was mistakenly filed without exhibits. ECF No. 200 at 2:3-4. In their second Motion to Strike (ECF No. 201), Plaintiffs seek to strike their second attempt to file the Second Amended Complaint (ECF No. 199) and its exhibits (ECF Nos. 199-1 and 199-2), as they "[were] mistakenly filed." ECF No. 201 at 2:4.

Accordingly, and based on the foregoing,

IT IS HEREBY ORDERED that Plaintiffs' Motions to Strike (ECF Nos. 200 and 201) are GRANTED.

1

1   IT IS FURTHER ORDERED that Plaintiffs' Second Amended Complaints (ECF Nos. 198
2   and 199), and attachments thereto (ECF Nos. 199-1 and 199-2), shall be struck from the record of
3   this case.

   Dated this 23rd day of July, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE