UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE ("LARRY") BLACKMON,<br><br>Defendant. | Case No. 2:18-cv-01948-EJY<br><br>**ORDER** |
| LAWRENCE ("LARRY") BLACKMON,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Counterclaim Defendants. | |

Currently pending before the Court are the following Motions:

- Plaintiffs' Motion for Partial Summary Judgment (ECF No. 87);

- Defendant's Motion for Summary Judgment on Trademark Related Issues (ECF No. 89);

- Defendant's Motion for Summary Judgment on Plaintiffs' Amended First Cause of Action for Tortious Interference with Contractual Relations (ECF No. 94);

- Motion and Memorandum to Strike Plaintiffs' Summary Judgment Declarations and Exhibits (ECF No. 138); and,

- Motion and Memorandum to Strike Defendant's Summary Judgment Declarations and Exhibits (ECF No. 150).

IT IS HEREBY ORDERED that these motions (ECF Nos. 87, 89, 94, 138, and 150) are DENIED **without prejudice** because, subsequent to their filing, Plaintiffs were granted leave to reassert a previously dismissed claim (*see* ECF No. 185), and Defendant was granted leave to file

amended counterclaims (ECF No. 211).  The parties may respectively wish to file dispositive motions as to these newly asserted claims.

Judicial efficiency dictates that one summary judgment motion shall be filed by each side in which the respective parties (if Plaintiffs) or party (if Defendant) arguing all claims on which summary judgment is sought in the same motion.  Separate summary judgment motions for each claim is both inefficient and unnecessary.  Further, the parties shall each file one (1) set of exhibits that include all declarations and attachments thereto.  This applies to the moving papers, oppositions, and replies.  Each declaration and/or exhibit shall **not** be filed separately.

IT IS FURTHER ORDERED that the parties shall meet and confer **within fifteen (15) days of the date of this Order** to determine if any additional discovery is needed before dispositive motions are filed.  If either or all parties seek additional discovery, a single, joint document shall be filed **within twenty (20) days of the date of this Order** identifying the desired discovery and the length of time to complete such discovery.  This document shall also include a proposed discovery cutoff date and a due date for the refiling of dispositive motions.  Any disagreement on the scope of discovery and the extended period to complete discovery shall be included in this single filing.  If no additional discovery is needed, the parties shall jointly file a proposed cutoff date for the filing of dispositive motions **within twenty (20) days of the date of this Order**.

Dated this 29th day of July, 2020

ELAYNA J. YOUCHAH  
UNITED STATES MAGISTRATE JUDGE