IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS "TOMI" JENKINS,<br><br>    Plaintiffs,<br><br>vs.<br><br>LAWRENCE "LARRY" BLACKMON,<br><br>    Defendant.<br>_____<br><br>AND ALL RELATED CROSSCLAIMS. | Case No. 2:18-cv-01948-EJY<br><br>ORDER TEMPORARILY UNSEALING AUDIO RECORDING |

    KATIE GRAHAM, ESQ. has requested a transcript of proceedings held on November 10th, 2020. These proceedings are sealed. The transcript is to be prepared by AMBER MCCLANE, Court Transcriber.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by AMBER MCCLANE and providing a copy of the transcript to KATIE GRAHAM, ESQ., as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

    **DATED** this \_\_18th\_\_ day of \_\_December\_\_, 2020.

_____
ELAYNA J. YOUCHAH
United States District Court Magistrate Judge