UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE ("LARRY") BLACKMON,<br><br>Defendant. | Case No. 2:18-cv-01948-EJY<br><br>**ORDER** |
| LAWRENCE ("LARRY") BLACKMON,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Counterclaim Defendants. | |

Before the Court is the Motion for Leave to File Amended Motion for Summary Judgment (ECF No. 276). The Motion seeks to file an Amended Motion to correct typographical and citation errors. The Motion further seeks to extend the due dates for the opposition and reply by one week. Plaintiffs do not oppose the Motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Leave to File Amended Motion for Summary Judgment (ECF No. 276) is GRANTED.

IT IS FURTHER ORDERED that the due dates for the opposition to and reply in support of the Motion are extended to August 26, 2021 and September 20, 2021 respectively.

DATED this 28th day of July, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1