UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS, | Case No. 2:18-cv-01948-EJY |
| Plaintiffs, | **ORDER** |
| v. | |
| LAWRENCE ("LARRY") BLACKMON, | |
| Defendant. | |
| LAWRENCE ("LARRY") BLACKMON, | |
| Counterclaim Plaintiff, | |
| v. | |
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS, | |
| Counterclaim Defendants. | |

Before the Court are Plaintiffs' Motion to Strike (ECF No. 285) and Renewed Motion for Leave to File Under Seal (ECF No. 286). The Court has reviewed Plaintiffs' filings at ECF Nos. 281 and 282, each of which is Plaintiffs' Opposition to Defendant's Motion for Summary Judgment. ECF No. 282 is not sealed and contains redactions on page 49. ECF No. 282-1 is not sealed and contains redaction on page 111. These documents were properly filed on the public docket and shall remain the Plaintiffs' unsealed Opposition to Defendant's Motion for Summary Judgment.

ECF Nos. 280 and 281 were filed under seal, each containing redactions. These filings are struck and Plaintiffs are instructed to refile, under seal, a unredacted version of its Opposition and all exhibits thereto.

With respect to Plaintiffs' Renewed Motion for Leave to File Under Seal, the Court finds that the redacted pages referenced above are properly sealed.

IT IS HEREBY ORDERED that Plaintiffs' Motion to Strike (ECF No. 285) is GRANTED in part and DENIED in part as stated above.

IT IS FURTHER ORDERED that Plaintiffs' Renewed Motion for Leave to File Under Seal (ECF No. 286) is GRANTED.

DATED this 27th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE