Lita T. Rosario, Esq. *(Pro Hac Vice)*
Lita Rosario, PLLC
529 14th Street, NW, Suite 952
Washington, DC, 20045
Lita.rosario@wyzgirl.com


Alda Anderson, Esq.
State Bar No. 8746
700 South Fourth Street
Las Vegas, Nevada 89101
702-386-6000
aldaanderson8746@gmail.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
CIVIL DIVISION**

_____
)
**NATHAN LEFTENANT, et al** )
)
    *Plaintiffs,* ) Case No. 2:18-cv-01948-EJY
)
**v.** ) **PLAINTIFFS' AMENDED**
) **MOTION**
) **FOR EXTENSION OF TIME**
) **MOTION FOR SANCTIONS**
)
**LAWRENCE ("LARRY") BLACKMON,** )
    *Defendant.* )
_____)
)
**LAWRENCE ("LARRY") BLACKMON,** )
    *Counterclaim Plaintiff* )
**v.** )
)
**NATHAN LEFTENANT, et al** )
    *Counterclaim Defendants* )
_____)

## AMENDED MOTION FOR EXTENSION OF TIME

1

Plaintiffs respectfully request an extension of time to respond to Defendant's Motion for Sanctions until January 7, 2022. Plaintiffs amend this Motion to correct a typo, as the response would otherwise be due December 23, 2021, not December 28, 2021. As noted, Plaintiffs and Defendant Blackmon are engaging in global settlement discussions to settle the remaining claims in this matter, as well as the action filed by Plaintiffs and the other CAMEO Members in the Southern District of New York, styled as *Leftenant, et al v. Blackmon*, *et al,* Case No. 1:21-cv-07846-VSB, and the related case in this district, *Thomas Jenkins v. 7Group*, Case No. 2:21-cv-01835 RFB VCF.[1]  The parties have agreed to extend the time to respond in these two related actions as well.  Defendant Blackmon has consented to this request.  By way of explanation, Defendant Blackmon submitted this Motion for Sanctions in connection with Plaintiffs' filing of an initial Complaint in the New York Action. [*Leftenant, et al v. Blackmon*, *et al,* Case No. 1:21-cv-07846-VSB].

Therefore, Plaintiffs respectfully requests this additional time until January 7, 2022, from this Court.

Dated this 22nd day of  December 2021.

Respectfully submitted,

**LITA ROSARIO, PLLC**
529 14th Street NW, Suite 952
Washington, DC 20045

---

[1] The related case in this district involves Mr. Jenkins claim against 7Group for breach of contract, involving his live performances and the CAMEO trademark, which this Court disallowed in this action as an offset against amounts that could be due Defendant Blackmon in connection with his Counterclaim in this action.

Telephone: (202) 628-1092  
Email: lita.rosario@wyzgirl.com  
***Attorney for Plaintiff***

By: /s/ Lita Rosario-Richardson  
**Lita Rosario-Richardson, Esq.**

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Amended Motion for Extension of Time Motion for Sanctions (ECF No. 316) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Motion for Extension of Time Motion for Sanctions (ECF No. 315) is DENIED as moot.

_____
U.S. MAGISTRATE JUDGE

Dated:  December 27, 2021