UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Plaintiffs,<br><br>v.<br><br>LAWRENCE ("LARRY") BLACKMON,<br><br>Defendant. | Case No. 2:18-cv-01948-EJY<br><br>**ORDER** |
| LAWRENCE ("LARRY") BLACKMON,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,<br><br>Counterclaim Defendants. | |

Pending before the Court is Plaintiffs' Motion to Extend Time to Reply (ECF No. 339). Plaintiffs seek a short extension of time to file a Reply in support of their Motion to Extend Time to Pay Sanctions (ECF No. 334). The extension is sought because Plaintiffs made a proposal to Defendant regarding payment of sanctions ordered by the Court that if accepted will moot the underlying motion.

Accordingly, given the information presented and the short extension requested, IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Time to Reply (ECF No. 339) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs' Reply in support of their Motion to Extend Time to Pay Sanctions shall be due April 11, 2022.

Dated this 6th day of April, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE