FREDERICK N. SAMUELS (*Pro Hac Vice*)
Cahn & Samuels, LLP
1100 17th St., NW, Suite 401
Washington, D.C.  20036
202 331-8777
frederick.samuels@cahnsamuels.com

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
MARK S. BRAUN, ESQ.
Nevada Bar No. 7615
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
702 258-3034
E-Service:  court@lesstovall.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Lawrence ("Larry") Blackmon,<br><br>　　　　　Defendant.<br>_____<br>Lawrence ("Larry") Blackmon,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　v.<br>Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　Counterclaim Defendants. | No. 18-CV-01948-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE**<br><br>**(First Request)** |

　　　　Pursuant to Local Rule IA 6-1 and Local Rule 26-3, the parties, by and through their respective counsel of record, stipulate and request that the Court grant an extension of time to

1

submit their Joint Pretrial Order by two (2) weeks, up to and including October 25, 2022. In support of this Stipulation and Request, the parties state as follows:

1. On August 11, 2022, the Court entered an Order directing the Joint Pretrial Order to be filed within sixty (60) days.

2. Pursuant to the August 11, 2022 Order, the Joint Pretrial Order is due October 11, 2022.

3. The parties have been and intend to continue to work diligently to prepare the Joint Pretrial Order. Counsel for the parties have had scheduling issues that have limited their ability to meet and confer regarding several issues related to the Joint Pretrial Order including stipulated exhibits and stipulated facts and the issues potentially subject to motions in limine.

4. Thus, the parties seek a two (2) week extension of time, up to and including October 25, 2022, to submit their Joint Pretrial Order.

5. This is the first request for an extension of time to file the Joint Pretrial Order.

//

//

//

//

//

//

//

//

//

6. This request for an extension is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 7th day of October 2022.

Respectfully submitted

/s/ Frederick Samuels
FREDERICK N. SAMUELS (*Pro Hac Vice*)
Cahn & Samuels, LLP
1100 17th St., NW, Suite 401
Washington, D.C.  20036
202 331-8777
frederick.samuels@cahnsamuels.com

Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
MARK S. BRAUN, ESQ.
Nevada Bar No. 7615
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
702 258-3034
E-Service: court@lesstovall.com

*Attorneys for Defendant*

/s/Lita Rosario-Richardson
Lita Rosario-Richardson, Esq.
(*Pro Hac Vice*)
Shulman Rogers
12505 Park Potomac Avenue
Potomac, Maryland 20854
301 231-0931
lrosario-richardson@shulmanrogers.com

Alda Anderson, Esq.
State Bar No. 8746
700 South Fourth Street
Las Vegas, Nevada    89101
702-386-6000
aldaanderson8746@gmail.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED**

Date: October 7, 2022

**UNITED STATES MAGISTRATE JUDGE**

3