Lita T. Rosario *(Pro Hac Vice)*
Lita Rosario, PLLC
529 14th Street, NW, Suite 952
Washington, DC, 20045
Lita.rosario@wyzgirl.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Lawrence ("Larry") Blackmon,<br><br>　　　　　　Defendant.<br>_____<br>Lawrence ("Larry") Blackmon,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　　Counterclaim Defendants. | No. 18-CV-01948-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF JOINT PRETRIAL ORDER DEADLINE**<br><br>**(Second Request)** |

　　　Pursuant to Local Rule IA 6-1 and Local Rule 26-3, Plaintiffs, by and through their respective counsel of record, stipulate and request that the Court grant an extension of time to submit their Joint Pretrial Order by an additional two (2) weeks, up to and including November 7, 2022. In support of this Stipulation and Request, the parties state as follows:

　　　1.　　On August 11, 2022, the Court entered an Order directing the Joint Pretrial Order to be filed within sixty (60) days.

　　　2.　　Pursuant to the August 11, 2022 Order, the Joint Pretrial Order is due October 11, 2022.

1

3. Only Defendant/Counterclaim Plaintiff's counterclaims are remaining in connection with this action.

4. The parties have been and intend to continue to work diligently to prepare the Joint Pretrial Order. Counsel for the Plaintiffs have had scheduling issues involving matters in another jurisdiction that have limited their ability to meet and confer regarding several issues related to the Joint Pretrial Order, including stipulated exhibits and stipulated facts and the issues potentially subject to motions in limine. In addition, Plaintiffs//Counterclaim Defendants counsel moved to a new law firm and had some difficulties with accessing discovery documents in a new document management system. Those difficulties were only resolved today.

5. Further, the parties are anticipating a trial date in March 2023.

6. This Court granted a two (2) week extension of time, up to and including October 25, 2022, to submit their Joint Pretrial Order on October 11, 2022. [ECF#360]

7. Thus, Plaintiffs/Counterclaim Defendants now seek an additional two (2) week extension of time, up to and including November 7, 2022, to submit the Joint Pretrial Order. Plaintiffs/Counterclaim Defendants do not anticipate any additional extensions of time.

8. This is the second request for an extension of time to file the Joint Pretrial Order.

9. Defendant/Counterclaim Plaintiff's Counsel consents to this request.

//
//
//
//
//
//
//
//

//

10. This request for an extension is made in good faith and not for purposes of delay.

IT IS SO STIPULATED.

DATED this 24th day of October 2022.

Respectfully submitted

*Lita Rosario-Richardson*

Lita Rosario-Richardson, Esq.
(*Pro Hac Vice*)
Shulman Rogers
12505 Park Potomac Avenue
Potomac, Maryland 20854
301 231-0931
lrosario-richardson@shulmanrogers.com

*Attorneys for Plaintiffs/Counterclaim Defendants*

**IT IS SO ORDERED provided, however, no further extensions of time will be granted absent an unforeseen emergency.**

October 24, 2022
**Date**                                          **UNITED STATES MAGISTRATE JUDGE**

3