FREDERICK N. SAMUELS (*Pro Hac Vice*)
Cahn & Samuels, LLP
1100 17th St., NW, Suite 401
Washington, D.C.  20036
202 331-8777
frederick.samuels@cahnsamuels.com

LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
MARK S. BRAUN, ESQ.
Nevada Bar No. 7615
Stovall & Associates
2301 Palomino Lane
Las Vegas, NV 89107
702 258-3034
E-Service:  court@lesstovall.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>Plaintiffs,<br><br>v.<br><br>Lawrence ("Larry") Blackmon,<br><br>Defendant.<br><br>Lawrence ("Larry") Blackmon,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>Counterclaim Defendants. | No. 18-CV-01948-EJY<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT'S OPPOSITION AND PLAINITFFS' REPLY TO PLAINTIFFS' MOTION PURSUANT TO FED. R. CIV. P. 60 (FIRST REQUEST)** |

IT IS HEREBY STIPULATED between the parties by and through their counsel of

1

1  record, pursuant to LR IA 6-1, that Counterclaimant Larry Blackmon has until and including

2  Wednesday, January 11, 2023 to file his opposition to Plaintiffs' Motion Pursuant to Fed. R. Civ.

3  P. 60, which was filed on December 21, 2022 and Counter-Defendants' have until and including

4  Wednesday, January 25, 2023 to file their Reply. This is the parties' first request.

5  Counterclaimant seeks this brief extension as Mr. Samuels had a death in the family just prior to

6  Christmas and needed to travel in order to attend to matters related thereto.

| | |
|---|---|
| /s/ Frederick Samuels<br>Frederick Samuels (Pro Hac Vice)<br>Cahn & Samuels, LLP<br>1100 17th St., NW, Suite 401<br>Washington, D.C.  20036<br>202 331-8777<br>frederick.samuels@cahnsamuels.com<br><br>LESLIE MARK STOVALL, ESQ.<br>Nevada Bar No. 2566<br>MARK S. BRAUN, ESQ.<br>Nevada Bar No. 7615<br>STOVALL & ASSOCIATES<br>2301 Palomino Lane<br>Las Vegas, NV 89107<br>702 258-3034<br>E-Service: court@lesstovall.com<br>Attorneys for Counterclaimant | /s/Lita Rosario-Richardson<br>Lita Rosario-Richardson, Esq.<br>(Pro Hac Vice)<br>Shulman Rogers<br>12505 Park Potomac Avenue<br>Potomac, Maryland 20854<br>301 231-0931<br>lrosario-richardson@shulmanrogers.com<br><br>Alda Anderson, ESQ<br>State Bar No. 8746<br>700 South Fourth Street<br>Las Vegas, NV 89101<br>702-386-6000<br>aldaanderson8746@gmail.com<br><br>Attorneys for Counter-Defendants |

20  GRANTED   this 3rd day of January, 2023

21  IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE