SUBT
THOMAS C. MICHAELIDES, ESQ.
Nevada Bar No. 5425
TCM LAW GROUP
2620 Regatta Dr., Suite 211
Las Vegas, Nevada 89128
(702) 462-6161
info@tcmlawgroup.com
*Substituting Attorney for Alda Anderson, Esq.*
*local co-counsel For all Plaintiff's*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS,

    Plaintiffs,

vs.

LAWRENCE ("LARRY") BLACKMON

    Defendant.

CASE NO.: 2:18-CV-01948-EJY

### SUBSTITUTION OF LOCAL COUNSEL FOR ALL PLAINTIFF'S

COMES NOW the law firm of TCM LAW GROUP on behalf of Plaintiff's, NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS, files this Substitution of Counsel in the place and stead of current local counsel Alda Anderson, Esq.

At Plaintiff's request, THOMAS C. MICHAELIDES, ESQ., of the law firm TCM LAW GROUP is substituting as local co-counsel for Plaintiff's in the above-captioned matter.

1 | Michaelides will serve as co-counsel with Plaintiff's current counsel, Lita
2 | Rosario-Richardson, Esq.

Dated this 24th day of January 2023.     Dated this 24th day of January 2023.

BY: _____         By: _____
THOMAS C. MICHAELIDES, ESQ.           ALDA A. ANDERSON, ESQ.
Nevada Bar No. 5425                   Nevada Bar No. 8746
**TCM LAW GROUP**                     **LAW OFFICE OF ALDA A.**
2620 Regatta Dr., Suite 211           **ANDERSON**
Las Vegas, Nevada 89128               700 S. 4th Street
(702) 462-6161                        Las Vegas, Nevada 89101
info@tcmlawgroup.com                  Phone: (702) 386-6000
*Substituting Attorney for Alda*      aldaanderson8746@gmail.com
*Anderson, Esq., Local Co-Counsel for* *Local Co-Counsel for Plaintiff's*
*Plaintiff's*

The undersigned client's hereby consents to the substitution of, THOMAS C. MICHAELIDES, ESQ. as their new counsel of record.

Pursuant to Local Rules of Practice LR IC 5-1., Plaintiff's, NATHAN LEFTENANT, ARNETT LEFTENANT, JERYL BRIGHT, GREGORY JOHNSON, and THOMAS ("TOMI") JENKINS, hereby allow the firm TCM LAW GROUP to utilize their electronic signature for the purposes of the foregoing Substitution of Attorney.

Executed this 24th day of January 2023.

/s/ Nathan Leftenant
**NATHAN LEFTENANT**

/s/ Arnett Leftenant
**ARNETT LEFTENANT**

/s/ Jeryl Bright
**JERYL BRIGHT**

/s/ Gregory Johnson
**GREGORY JOHNSON**

/s/ Thomas Jenkins
**THOMAS "TOMI" JENKINS**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2023