FREDERICK N. SAMUELS (*Pro Hac Vice*)
Cahn & Samuels, LLP
1100 17th St., NW, Suite 401
Washington, D.C. 20036
202 331-8777
frederick.samuels@cahnsamuels.com

WILLIAM C. DEVINE, II, ESQ.
Nevada Bar No. 10874
william@devine.legal
DEVINE LEGAL GROUP
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Telephone: (702) 515-1500
Facsimile: (702) 970-7175

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>Lawrence ("Larry") Blackmon,<br><br>　　　　　Defendant.<br>_____<br>Lawrence ("Larry") Blackmon,<br><br>　　　　　Counterclaim Plaintiff,<br><br>　　　　　v.<br>Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　Counterclaim Defendants. | No. 18-CV-01948-EJY<br><br>**STIPULATION FOR BRIEFING SCHEDULE** |

On March 14, 2023, Judge Koppe issued an Order requiring the parties to file a stipulation to vacate the bench trial, that includes the information outlined in open court.

1

On March 15, 2023, Judge Youchah issued an Order vacating the bench trial which had been scheduled for April 10, 2023.

Accordingly, in furtherance of statements made by the parties in open court on March 14, 2023, the parties stipulate that they will brief the issue of attorney's fees according to the following schedule:

    Opening Briefs Due May 1, 2023

    Responsive Briefs Due June 1, 2023

    Replies Due June 15th.

IT IS SO STIPULATED.

DATED this 21st day of March 2023.

Respectfully submitted

| | |
|---|---|
| /s/ Frederick Samuels<br>Frederick N. Samuels (*Pro Hac Vice)*<br>Cahn & Samuels, LLP<br>1100 17th St., NW, Suite 401<br>Washington, D.C.  20036<br>202 331-8777<br>frederick.samuels@cahnsamuels.com | /s/  Lita Rosario-Richardson<br>Lita Rosario-Richardson, Esq.<br>(*Pro Hac Vice*)<br>Shulman Rogers<br>12505 Park Potomac Avenue<br>Potomac, Maryland 20854<br>301 231-0931<br>lrosario-richardson@shulmanrogers.com |
| William C. Devine, II, Esq.<br>Nevada Bar No. 10874<br>DEVINE LEGAL GROUP<br>Nevada Bar No. 7615<br>5940 S. Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>702 515-1500<br>702 970-7175<br>William@devine.legal<br>*Attorneys for Defendant* | Alda Anderson, Esq.<br>State Bar No. 8746<br>700 South Fourth Street<br>Las Vegas, Nevada    89101<br>702-386-6000<br>aldaanderson8746@gmail.com<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

_____
**U.S. MAGISTRATE JUDGE**

    **Dated:  March 22, 2023**