UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>Lawrence ("Larry") Blackmon,<br><br>　　　　　　Defendant.<br>―――――――――――――――――――<br>Lawrence ("Larry") Blackmon,<br><br>　　　　　　Counterclaim Plaintiff,<br><br>　　v.<br><br>Nathan Leftenant, Arnett Leftenant, Jeryl Bright, Gregory Johnson, and Thomas "Tomi" Jenkins<br><br>　　　　　　Counterclaim Defendants. | No. 18-CV-01948-EJY<br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. PRO 41(a)(1)(A)(ii)** |

　　　　IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all counterclaims pending against Jeryl Bright, Arnett Leftenant and Gregory Johnson are voluntarily dismissed with prejudice pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii).

　　　　Each of Counterclaim Defendants Jeryl Bright, Arnett Leftenant and Gregory Johnson have entered into separate settlement agreements with Counterclaimant Larry Blackmon.

　　　　IT IS HEREBY FURTHER STIPULATED AND AGREED by and between the parties that the Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

1

| | |
|---|---|
| s/Frederick Samuels<br>Frederick N. Samuels (*pro hac vice*)<br>**Cahn & Samuels, LLP**<br>1100 17th St., NW Suite 401<br>Washington, D.C. 20036<br>202 331-8777<br>frederick.samuels@cahnsamuels.com<br><br>William Devine, II, Esq.<br>Nevada Bar No. 10874<br>5940 S. Rainbow Blvd.<br>Las Vegas, Nevada 89118<br>702 515-1500<br>702 970-7175<br><br>Attorneys for Counterclaimant | s/Lita Rosario-Richardson<br>Lita Rosario-Richardson<br>**SHULMAN ROGERS**<br>12505 Park Potomac Avenue<br>Potomac, Maryland 20854<br>301231-0931<br>lrosario-richardson@shulmanrogers.com<br><br>Alda Anderson<br>State Bar No. 8746<br>700 South Fourth Street<br>Las Vegas, Nevada 89101<br>702 386-6000<br><br><br><br>Attorneys for Counterclaim Defendant |

**IT IS SO ORDERED.**

_____
**ELAYNA J. YOUCHAH**
**U.S. MAGISTRATE JUDGE**

**Dated: April 11, 2023**